**FILED**

JUN - 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, | ) |
|     Plaintiff, | ) |
| v. | ) |
| ADMINISTRATIVE OFFICES OF THE | ) |
| UNITED STATES COURTS and | )  06 1034 |
| MELISSA SUNIGA, | ) |
|     Defendants. | ) |

## MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Palintiff, Levenston Hall, pro se, and moves for the entry of an order granting him leave to proceed In Forma Pauperis and represents to the Court as follows:

1. He is the Plaintiff in this matter and is presently incarcerated at the Federal Prison Camp in Terre Haute, Indiana.
2. He has no monies with which to pay the costs and expenses of this proceeding.
3. His only income is the stipend paid to him by the Bureau of Prisons for working at the Federal Prison Camp.
4. He affirms under penalty of perjury that the above statements are true.

WHEREFORE, the Plaintiff prays for the entry of an order granting him leave to proceed In Forma Pauperis in this proceeding.

RESPECTFULLY SUBMITTED

*/s/ Levenston Hall*
LEVENSTON HALL, PRO SE

**RECEIVED**

MAY 2 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2