UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADMINISTRATIVE OFFICE )<br>OF UNITED STATES COURTS, et al. )<br>)<br>Defendants. )<br>)<br>) | Civil Action No.: 06-1034 JDB |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alexander D. Shoaibi as counsel for defendants in the above-captioned case.

/s/
ALEXANDER D. SHOAIBI
D.C. BAR 423587
Assistant United States Attorney
555 4th St., N.W., Room E4218
Washington, D.C. 20530
202-514-7236

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe was mailed by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> Levenston Hall, #82299-080
>
> Federal Prison Camp
>
> P.O. Box 12014
>
> Terre Haute, Indiana 47801

on this __18th__ day of December, 2006.