UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADMINISTRATIVE OFFICES OF THE )<br>UNITED STATES COURTS, <u>et al.</u>, )<br>)<br>)<br>Defendants. )<br>_____) | No. 06-1034 (JDB) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Administrative Offices of U.S. Courts and Melissa Suniga respectfully move for an extension of time, to and including January 18, 2007, within which to respond to plaintiff's Complaint. This is Defendants' counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of *pro se* Plaintiff, because Plaintiff is presently incarcerated in a Federal Prison facility.

For cause, Defendant states as follows:

Defendants have reviewed Plaintiff's complaint and believe that a dispositive motion in lieu of an Answer is appropriate. The time requested is needed for Defendants to complete preparation of a memorandum of points and authorities in support of a dispositive motion. Undersigned counsel recently transferred to the Civil Division of the U.S. Attorney's Office, and has been working on numerous other recently assigned cases, including large portions of the caseloads of attorneys who recently left the Office. The additional time requested will allow for the preparation of a dispositive motion adequately addressing Plaintiff's allegations against both

Defendants.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.[1]

Dated: December 18, 2006.

                            Respectfully submitted,

                            ___/s_/_____
                            JEFFREY A. TAYLOR, D.C. BAR #498610
                            United States Attorney

                            __/s/_____
                            ALEXANDER D. SHOAIBI, D.C. BAR # 423587
                            Assistant United States Attorney
                            5O1 Third Street, N.W., Rm E-4818
                            Washington, D.C.  20530
                            (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this __18th__ day of December, 2006, I caused the foregoing **Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

> Levenston Hall, #82299-080
> Federal Prison Camp
> P.O. Box 12014
> Terre Haute, Indiana 47801

> /s/
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney