UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEVENSTON HALL,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-1034 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| **ADMINISTRATIVE OFFICES OF THE** | ) | |
| **UNITED STATES COURTS, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of Defendant's Motion for Enlargement of Time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before January 18, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006.