UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADMINISTRATIVE OFFICES OF THE )<br>UNITED STATES COURTS, <u>et al.</u>, )<br>)<br>)<br>Defendants. )<br>_____) | No. 06-1034 (JDB) |

### **DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Administrative Offices of U.S. Courts and Melissa Suniga respectfully move for a two week extension of time, to and including February 1, 2007, within which to respond to plaintiff's Complaint. This is Defendants' counsel's second request for an enlargement of time for this purpose. Defendant did not obtain the position of *pro se* Plaintiff, because Plaintiff is presently incarcerated in a Federal Prison facility.

For cause, Defendants state as follows:

Defendants have substantially completed a dispositive motion in this case, but anticipate needing additional time beyond the January 18, 2007 date for filing set by this Court following defendants' first request for enlargement of time. Undersigned counsel has been diligently working on this matter, but numerous active cases formerly handled by other attorneys have recently been transferred to undersigned counsel, and have required his immediate attention. In addition, this month undersigned counsel filed two Second Circuit Court of Appeals briefs as part of the Deputy Attorney General's immigration emergency project, along with dispositive

motions and oppositions in several other cases filed in U.S. District Court for the District of Columbia.

For the foregoing reasons, the Federal Defendants respectfully request that this motion for an enlargement of time be granted.[1]


Dated: January 17, 2007.

                          Respectfully submitted,

                         ___/s_/_____
                         JEFFREY A. TAYLOR, D.C. BAR #498610
                         United States Attorney


                         __/s/_____
                         RUDOLPH CONTRERAS, D.C. BAR #434122
                         Assistant United States Attorney


                         __/s/_____
                         ALEXANDER D. SHOAIBI, D.C. BAR #423587
                         Assistant United States Attorney
                         5O1 Third Street, N.W., Rm E-4818
                         Washington, D.C. 20530
                         (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  17th   day of January, 2007, I caused the foregoing

**Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

Levenston Hall, #82299-080
Federal Prison Camp
P.O. Box 12014
Terre Haute, Indiana 47801

 /s/
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, | ) |
| | ) |
| Plaintiff, | ) No. 06-1034 (JDB) |
| | ) |
| v. | ) |
| | ) |
| ADMINISTRATIVE OFFICES OF THE | ) |
| UNITED STATES COURTS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**UPON CONSIDERATION** of defendants' second motion for enlargement of time, it is hereby **ORDERED** that the motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before February 1, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007