UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEVENSTON HALL, )
)
    Plaintiff, )
)
v. ) Civil Action No. 06-1034 (JDB)
)
ADMINISTRATIVE OFFICE OF THE )
UNITED STATES COURTS, et al., )
)
    Defendants. )

## DECLARATION OF MELISSA SUNIGA

1. I, Melissa Suniga, Senior United States Probation Officer for the United States Probation Office in the Western District of Texas, hereby declare the following:

2. On August 10, 1998, a jury found Levenston Hall, the plaintiff in this action, guilty of Possession with Intent to Distribute "Crack" Cocaine (21 U.S.C. 841(a)(1)) and Distribution of "Crack" Cocaine (21 U.S.C. 841(a)(1)) in the case of United States v. Levenston Hall, Criminal Case No. 6:98-CR-006 (W.D. Tex.).

3. At the conclusion of trial, a presentence report (PSR) was ordered. I prepared the PSR, and a copy of the PSR was made available to Levenston Hall's criminal defense counsel on October 8, 1998.

4. On October 22, 1998, Mr. Hall, through his counsel, filed numerous objections to the PSR.



5. On November 4, 1998, a sentencing hearing was held before United States District Judge Walter S. Smith, Jr., of the Western District of Texas. The court heard arguments from attorneys for the Government and defense counsel. At the conclusion of the sentencing hearing, the Court adopted the findings of the PSR, overruling all objections filed by Hall through his counsel. The Court then sentenced Hall to 235 months imprisonment as to each Count, with the terms of imprisonment to be served concurrently.

I declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the foregoing facts are true and correct. Executed on January 25, 2007.

*Melissa Suniga*
Melissa Suniga
Senior United States Probation Officer

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ADMINISTRATIVE OFFICES OF THE )<br>UNITED STATES COURTS, et al., )<br>)<br>Defendants. ) | No. 06-1034 (JDB) |

## CERTIFICATION

I, Rudolph Contreras, Chief, Civil Division, Office of the United States Attorney for the District of Columbia, pursuant to the provisions of 28 U.S.C. § 2679 and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.3 and first redelegated to me on March 20, 2006, hereby certify that I have read the Complaint in the above civil action. On the basis of the information now available with respect to the incidents alleged therein, I find that defendant Melissa Suniga was acting within the scope of her authority as an employee of the United States at the time of such alleged incidents.

_____
RUDOLPH CONTRERAS
Assistant United States Attorney
Chief, Civil Division

Dated: January 29, 2007