RECEIVED

FEB 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEVENSTON HALL,                    )
         PLAINTIFF,                )
V.                                 ) Civil Action No. 06-1034(JDB)
ADMINISTRATIVE OFFICE OF THE       )
UNITED STATES COURTS, et al.,      )
         DEFENDANTS.               )

MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE

Now comes the Plaintiff, pro se, and moves this Honorable Court
for an enlargement of time in which to respond to Defendants'
Motion to Dismiss and in support thereof states as follows:
1. Plaintiff received the Court's Order of January 30, 2007
directing him to file a response to Defendant's Motion to Dismiss
on or before March 2, 2007 on February 9, 2007.
2. Plaintiff first became aware of the filing of the Motion to
Dismiss through the receipt of this Order.
3. Plaintiff is not in receipt of a copy of the Motion to Dismiss
and is not aware of its contents; he is therefore unable to file
a reponse at this time.
WHEREFORE PLAINTIFF PRAYS FOR AN ORDER  (1) directing counsel
for Defendants to forward a copy of the Motion to Dismiss to Plain-
tiff or in trhe alternative directing that the Clerkof the Court
do so and (2) granting an enlargement of time to file a response
to the Motion toDismiss to a date 30 days after the mailing of the
Motion.

RESPECTFULLY SUBMITTED

LEVENSTON HALL, PRO SE
82299-080
Federal Prison Camp
P.O. Box 12014
Terre Haute, Indiana 47801

## CERTIFICATION OF SERVICE

The undersigned hereby declares under penalty of perjury that
he served the foregoing Motion for Enlargement of Time to File
upon the Defendants by mailing a copy to : Mr. Alexander Daniel
Shoaibi, U.S. Attorney's Office, 555 Fourth Street, N.W., E-4218
Washington, D.C. 20530, in a first class postage prepaid envelope
so addressed and deposited in the inmate mail system, Federal Pri-
son Camp, P.O. Box 12014, Terre Haute, Indiana 47801 on the
11th day of Febraury, 2007.

LEVENSTON HALL