UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, ) | |
| ) | |
| Plaintiff, ) | No. 06-1034 (JDB) |
| ) | |
| v. ) | |
| ) | |
| ADMINISTRATIVE OFFICES OF THE ) | |
| UNITED STATES COURTS, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Administrative Offices of U.S. Courts and Melissa Suniga respectfully move for a two week extension of time, to and including April 25, 2007, within which to file its reply in response to defendant's opposition to defendants' dispositive motion. This is Defendants' counsel's first request for an enlargement of time for this purpose. Defendant did not obtain the position of *pro se* Plaintiff, because Plaintiff is presently incarcerated in a Federal Prison facility.

For cause, Defendant states as follows:

At the time Plaintiff's opposition memorandum was filed, April 3, 2007, undersigned counsel was out of town on leave, and did not return to work until April 9, 2007. Since then, undersigned counsel has prepared and filed a lengthy summary judgment motion in the Title VII case of Pierce v. Nicholson (RMU) and is presently working on a dispositive motion in a FOIA case that will be filed today. Undersigned counsel has numerous discovery and motions obligations in other cases due over the next two weeks, and requests additional time to prepare Defendants' reply in conjunction with these responsibilities.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.[1]

Dated: April 11, 2007.

                                    Respectfully submitted,

                                    ___/s_/_____
                                    JEFFREY A. TAYLOR, D.C. BAR #498610
                                    United States Attorney

                                    __/s/_____
                                    ALEXANDER D. SHOAIBI, D.C. BAR # 423587
                                    Assistant United States Attorney
                                    5O1 Third Street, N.W., Rm E-4218
                                    Washington, D.C.  20530
                                    (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this   11th   day of April, 2007, I caused the foregoing

**Defendant's Motion for Enlargement of Time** to be served on plaintiff, postage prepaid,

addressed as follows:

> Levenston Hall, #82299-080
> Federal Prison Camp
> P.O. Box 12014
> Terre Haute, Indiana 47801

>   /s/
> ALEXANDER D. SHOAIBI
> Assistant United States Attorney