UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEVENSTON HALL,** | )<br>) |
| Plaintiff, | )   No. 06-1034 (JDB)<br>) |
| v. | )<br>) |
| **ADMINISTRATIVE OFFICES OF THE<br>UNITED STATES COURTS, et al.,** | )<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

**UPON CONSIDERATION** of Defendants' Motion for Enlargement of Time to File Reply, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall file their reply to Plaintiff's opposition to Defendants' dispositive motion on or before April 25, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.