UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEVENSTON HALL, | ) |
| | ) |
| Plaintiff, | )   No. 06-1034 (JDB) |
| | ) |
| v. | ) |
| | ) |
| ADMINISTRATIVE OFFICES OF THE | ) |
| UNITED STATES COURTS, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Administrative Offices of U.S. Courts and Melissa Suniga respectfully move for an additional one week extension of time, to and including May 2, 2007, within which to file its reply in response to plaintiff's opposition to defendants' dispositive motion. This is defendants' second request for an enlargement of time for this purpose. Counsel for defendants did not obtain the position of *pro se* plaintiff, because plaintiff is presently incarcerated in a Federal Prison facility.

The requested enlargement of time is merited because obligations in other cases prevented undersigned counsel from completing defendants' reply so that it could be filed on or before the present deadline of April 25, 2007. An additional week will provide undersigned counsel an opportunity to finalize defendant's reply while addressing conflicting responsibilities in other matters.

Defendants, therefore, respectfully request that this second motion for an enlargement of

time be granted.[1]

Dated: April 25, 2007.

                                Respectfully submitted,

                                ___/s_/_____
                                JEFFREY A. TAYLOR, D.C. BAR #498610
                                United States Attorney


                                __/s/_____
                                RUDOLPH CONTRERAS, D.C. BAR #434122
                                Assistant United States Attorney


                                __/s/_____
                                ALEXANDER D. SHOAIBI, D.C. BAR # 423587
                                Assistant United States Attorney
                                5O1 Third Street, N.W., Rm E-4218
                                Washington, D.C.  20530
                                (202) 514-7236

---

[1] Pursuant to the Court's Local Rule 7.1(c), a proposed order consistent with this motion is attached herewith.

## CERTIFICATE OF SERVICE

I hereby certify that on this  25th  day of April, 2007, I caused the foregoing **Defendant's Second Motion for Enlargement of Time** to be served on plaintiff, postage prepaid, addressed as follows:

> Levenston Hall, #82299-080
> Federal Prison Camp
> P.O. Box 12014
> Terre Haute, Indiana 47801

　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　ALEXANDER D. SHOAIBI
　　　　　　　　　　　　　　　　Assistant United States Attorney