UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEVENSTON HALL,** ) | |
| ) | |
| **Plaintiff,** ) | No. 06-1034 (JDB) |
| ) | |
| v. ) | |
| ) | |
| **ADMINISTRATIVE OFFICES OF THE** ) | |
| **UNITED STATES COURTS, et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

## ORDER

**UPON CONSIDERATION** of Defendants' Second Motion for Enlargement of Time to File Reply, it is hereby **ORDERED** that the motion is **GRANTED**. Defendants shall file their reply to Plaintiff's opposition to Defendants' dispositive motion on or before May 2, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007.