*Leave to file (......)*

*John D. Bates  5/23/07*
John D. Bates
United States District Judge

RECEIVED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LEVENSTON HALL, )
    Plaintiff, pro se, )
     )
v. ) No. 06-1034 (JDB)
     )
ADMINISTRATIVE OFFICES OF THE UNITED )
STATES COURTS, et al. )
    Defendants. )

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS

Now comes the Plaintiff, Levenston Hall, pro se, and in response to Defendant's Reply in Support of Motion to Dismiss states as follows:

### OVERVIEW

This is an action to review the administrative decision of a government agency. Specifically, the Administrative Office of the United States Courts refuses to correct its files to eliminate references to certain events which were alleged to involve Plaintiff. In recent years, Plaintiff has discovered clear evidence that proves he could not have been the individual involved in these events. Plaintiff's case is based upon the obligation of the Defendant agncy to investigate this claim and, if the proof is sufficient, to change its records. The Freedom of Information Act imposes this duty and gives Plaintiff standing to pursue remedies in the event the Agency fails to comply. In this case, the Defendant agency has refused to investigate or consider the facts. By its Motion, the Defendant is asking the Court to refuse to consider the facts as well. In essence, the governmentis saying that it doesn't need to consider the actual facts in the way it maintains its files and that this Court is not allowed to consider the facts either. Plaintiff in opposing the Motion to Dismiss is only asking the Court to look at the facts

as presented in the sworn testimony of the Officer that investigated Plaintiff's case.

### VENUE

The Defendant Agency is headquartered in Washington, D.C. So is the United States of America. The actions complained of are the failure to consider the facts presented and to amend Plaintiff's file. This refusal ocurred in Washington, D.C., therefore under 28 U.S.C. § 1402(b) venue is proper in this Court.

### Timeliness

The refusal complained of in this case is the refusal to consider newly submitted evidence. This ocurred in 2005 not in 1998. This is not the same issue as that presented in 1998 at which time the evidence that the Defendant now refuses to consider was not presented. This violation of the Freedom of Information Act is a new event.

### RES JUDICATA

Plaintiff objected to the inclusion of the false information in his PSI when it was first presented in court. The evidence that Plaintiff has presented to the Defendant was not part of the record at that time. This case is about the obligation of an Agency to consider verifiable evidence that there is an error in its files and correct them if it determines that the records are inaccurate.. No one has done that with respect to the evidence that Plaintiff has submitted to the Defendant. This action is not related to the sentence or conviction of Plaintiff; it is about verifiable evidence that Agency records are inaccurate and the agency's refusal to review this evidence (never before considered or presented to anyone ) and correct its records as appropriate to the actual facts.

RESPECTFULLY SUBMITTED

*Levenston Hall*
LEVENSTON HALL

CERTIFICATION OF SERVICE

The undersigned hereby declares under penalty of perjury that he served the foregoing Plaintiff's Response to Defendant's Reply in Suuport of Motion to Dismiss upon:

> Alexander D. Shoaibi
> Assistant United States Attorney
> U.S. Attorney's Office
> 555 Fourth Street, N.W.
> Washington, D.C. 20001

by mailing a copy thereof in an envelope prepaid, first class postage affixed, so addressed and deposited in the inmate mail system Federal Prison Camp, P.O. Box 12014, Terre Haute, Indiana 47801 on the _16TH_ day of May, 2007.

/s/ Levenston Hall
LEVENSTON HALL