**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LEVENSTON HALL,**

    **Plaintiff,**

      **v.**                    **Civil Action No.  06-1034 (JDB)**

**ADMINISTRATIVE OFFICE OF THE**
**UNITED STATES COURTS,** *et al.*,

    **Defendants.**

## ORDER

    For the reasons stated in the accompanying Memorandum Opinion, it is hereby

    ORDERED that the United States is substituted as the sole party defendant to this action

filed under the Federal Tort Claims Act.  It is further

    ORDERED that defendants' motion to dismiss [Dkt. #13] is GRANTED.  It is further

    ORDERED that this action is DISMISSED WITH PREJUDICE.

    This is a final appealable Order.  *See* Fed. R. App. P. 4(a).

    SO ORDERED.


                        _____*/s/*_____
                        JOHN D. BATES
                        United States District Judge

Date:  August 3, 2007